# Leah Gibbons

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@uscourts.gov> |
| **To:** | elvisr@horrycounty.org |
| **Sent:** | Friday, September 29, 2023 11:36 AM |
| **Subject:** | Relayed: 4:23-cv-02129-JD / Khella-Beshay et al v. EOS Investors LLC et al (Horry County Court of Common Pleas, 2023-CP-26-02291) |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

elvisr@horrycounty.org (elvisr@horrycounty.org)

Subject: 4:23-cv-02129-JD / Khella-Beshay et al v. EOS Investors LLC et al (Horry County Court of Common Pleas, 2023-CP-26-02291)


4:23-cv-02129-JD / Khella-Besh...

4:23-cv-02129-JD    Date Filed 09/29/23    Entry Number 25    Page 2 of 3

**Orders on Motions**

4:23-cv-02129-JD Khella-Beshay et al v. EOS Investors LLC et al

JURY



A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: *Leah M Sutfles*

DEPUTY CLERK

## U.S. District Court

### District of South Carolina

**Notice of Electronic Filing**

The following transaction was entered on 9/29/2023 at 11:28 AM EDT and filed on 9/29/2023
**Case Name:**        Khella-Beshay et al v. EOS Investors LLC et al
**Case Number:**   4:23-cv-02129-JD
**Filer:**
**WARNING: CASE CLOSED on 09/29/2023**
**Document Number:** 24(No document attached)

**Docket Text:**
**TEXT ORDER granting [15] Plaintiffs Mona Zakay Khella-Beshay and Medhat-Shafik Tawfik-Maikhail's (collectively "Plaintiffs") Motion to Remand. "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447. Subject matter jurisdiction in diversity requires complete diversity of the parties and that the matter in controversy exceeds the sum or value of $75,000. 28 U.S.C. § 1332(a). "If federal jurisdiction is doubtful, a remand is necessary." Mulcahey v. Columbia Organic Chemicals Co., 29 F.3d 148, 151 (4th Cir. 1994).**

**On April 11, 2023, Plaintiffs filed a Summons and Complaint ("Complaint") against Defendants in the South Carolina Court of Common Pleas for the Fifteenth Judicial Circuit (Horry County) seeking actual and punitive damages in excess of $100,000. (DE 1-1.) For diversity purposes, Plaintiffs are both citizens of North Carolina. (Id. 1.) Equally, Defendant EOS Investors, LLC d/b/a Embassy Suites by Hilton Myrtle Beach Oceanfront Resort is a citizen of New York, and Defendant Hilton Worldwide Holdings is a citizen of Delaware and Virginia. (Id. 3-4.) Finally, Defendants Bob Barenberg, Randy DaVaux, and Drew Morgan (collectively Forum Defendants) are citizens of South Carolina. (Id. 5-7.)**

**On May 18, 2023, Defendants filed the Notice of Removal based on diversity jurisdiction, noting a complete diversity of parties and a matter in controversy exceeding $100,000. (DE 1, 22, 28.) Defendants acknowledge in their Notice of Removal that "[a] civil action otherwise removable solely on the basis of [diversity jurisdiction] may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. § 1441(b)(2); (DE 1, 29). To that end, Defendants claim the Forum**

Defendants were not "properly served" before the Notice of Removal was filed and each was fraudulently joined as a "sham defendant solely to destroy diversity[;]" thus, Defendants contend removal was proper. (DE 1, 19-21, 29.) Plaintiffs then filed the Motion to Remand, disputing Defendants claims that the Forum Defendants are sham defendants and disputing Defendants' "snap removal," i.e., a defendant racing to remove an action to federal court on the basis of diversity jurisdiction before the plaintiff perfects service of the pleadings. (DE 15, pp. 7-8, 10.) Defendants filed a response that "consent[ed] to Plaintiffs' Motion to Remand" and "request[ed] this Court remand this case." (DE 20, p. 1.)

To begin with, the Federal Rules of Civil Procedure do not authorize remand based on the parties' consent. Instead, a case must be remanded "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. § 1447. After review of the current motion and memorandum, the Court finds the Forum Defendants were not fraudulently joined sham defendants and finds "snap removal" is inapplicable here. Accordingly, because the properly joined Forum Defendants are citizens of South Carolina, the state in which the action was brought, this Court lacks jurisdiction under 28 U.S.C. § 1441(b)(2). This case is therefore remanded to the South Carolina Court of Common Pleas for the Fifteenth Judicial Circuit (Horry County). Signed by the Honorable Joseph Dawson, III on 9/29/2023. (lgib, )

**4:23-cv-02129-JD Notice has been electronically mailed to:**

Claude Townsend Prevost    cprevost@collinsandlacy.com, agrandersoncroft@collinsandlacy.com, mbuonforte@collinsandlacy.com, mmcgee@collinsandlacy.com, naddison@collinsandlacy.com, smckay@collinsandlacy.com

Robert Daniel Corney    rob.corney@derricklawfirm.com, rob-lit@derricklawfirm.com

Nicole M Arcodia    narcodia@mcguirewoods.com, mcarney@mcguirewoods.com

Philip S Coury, I    pcoury@collinsandlacy.com

**4:23-cv-02129-JD Notice will not be electronically mailed to:**

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: *Leah M Sutfles*

DEPUTY CLERK